BLEECKER STREET TENANTS CORP., Respondent, v BLEEKER JONES LLC et al., Appellants, et al., Defendants.

Submitted April 4, 2011; decided June 2, 2011

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 16 NY3d 272 (2011)].

In the Matter of the Claim of OTILIA CABALLERO, Appellant, v FABCO ENTERPRISES et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted April 11, 2011; decided June 2, 2011

Motion for reargument of motion for leave to appeal denied [see 16 NY3d 780 (2011)].